## Whittington, Appellant, *v.* Woman's Medical College of Pennsylvania.

Argued December 11, 1972. *Malcolm H. Waldron, Jr.,* for appellant; *Dolores B. Spina,* with her *Francis E. Shields,* and *Pepper, Hamilton & Scheetz,* for appellee.
Order affirmed.

April 12, 1973

## Commonwealth *v.* Blassingale, Appellant.

Argued December 8, 1972. *Gerald Tietz,* with him *Oshtry and Tietz,* for appellant; *Albert L. Becker,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.
HOFFMAN, J., absent.